**97–872.  Cincinnati Bar Assn. v. Pyatt.**

IT IS ORDERED by this court, *sua sponte*, that Jeffrey S. Pyatt, Attorney Registration No. 0047576, last known address in Morgan City, Louisiana, is found in contempt for failure to comply

with this court's order of November 5, 1997, to wit: failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before December 5, 1997.